

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00305-CV

| | | |
|---|---|---|
| MITCH VEXLER, CATHERINE VEXLER, MAVEX SHOPS OF FLOWER MOUND, LP, JIM SOLINSKI, AND GLORIA SOLINSKI, Appellants | § | On Appeal from the 481st District Court |
| | § | of Denton County (23-9526-481) |
| V. | | |
| DON SPENCER, IN HIS CAPACITY AS CHIEF APPRAISER OF DENTON CENTRAL APPRAISAL DISTRICT, AND DENTON CENTRAL APPRAISAL DISTRICT, Appellees | § | May 1, 2025 |
| | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

It is further ordered that Appellants Mitch Vexler, Catherine Vexler, Mavex Shops of Flower Mound, LP, Jim Solinski, and Gloria Solinski must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr